No. 91–2054. UNITED STATES DEPARTMENT OF JUSTICE ET AL. *v.* LANDANO. C. A. 3d Cir. [Certiorari granted, *ante,* p. 813.] Motion of respondent to supplement the record granted.

No. 92–207. UNITED STATES *v.* PADILLA ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 952.] Motion of respondent Maria Simpson for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that David A. Bono, Esq., of Washington, D. C., be appointed to serve as counsel for respondents Donald Simpson et al. in this case.

No. 92–780. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. *v.* SCHEIDLER ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case limited to Question 1 presented by the petition for writ of certiorari expressing the views of the United States.

No. 92–854. CENTRAL BANK OF DENVER, N. A. *v.* FIRST INTERSTATE BANK OF DENVER, N. A., ET AL. C. A. 10th Cir.; and

No. 92–913. BANCO ESPANOL DE CREDITO ET AL. *v.* SECURITY PACIFIC NATIONAL BANK ET AL. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 92–910. STOWE *v.* DAVIS ET AL. Sup. Ct. Tenn. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 92–6027. SMITH *v.* RUNYON, POSTMASTER GENERAL, ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 9, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*